IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Jose Martin, | NO. C 08-03135 JW |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| Social Security Administration, | |
| Defendant. | |

On June 30, 2008, Plaintiff in *pro per*, filed an appeal from a denial of his social security benefits by the Social Security Commissioner. (Docket Item No. 1.) Upon receipt of the Complaint, the Court issued to Plaintiff a Social Security Procedural Order. (hereafter, "Order," Docket Item No. 3.) In its Order, the Court directed Defendant to file an Answer and Transcript within ninety days of the receipt of service and summons, and Plaintiff to serve and file a Motion for Summary Judgment within thirty days of Defendant's Answer. (Id.) On December 19, 2008, Defendant served and filed its Answer and Transcript. (See Docket Item Nos. 12, 13, 14.) Pursuant to the Order, Plaintiff's Motion for Summary Judgment was due on January 20, 2009. To date, Plaintiff has neither filed his Motion nor otherwise communicated with the Court.

On April 8, 2010, well over a year after Plaintiff's deadline, the Court issued an Order to Show Cause re: Dismissal for lack of prosecution. (hereafter, "OSC Order," Docket Item No. 20.) The OSC Order directed Plaintiff to file with the Court on or before April 23, 2010, a certification as

to why this case should not be dismissed for failure to prosecute.[1] The Order clearly warned that, "Failure to comply with any part of this [OSC] Order will be deemed sufficient grounds to dismiss this action pursuant to Fed. R. Civ. P. 41(b)." To date, Plaintiff has neither filed the certification or otherwise communicated with the Court.[2] Plaintiff also failed to appear at the hearing on May 3, 2010. It appears that Plaintiff has abandoned his appeal.

Accordingly, the Court DISMISSES this action pursuant to Fed. R. Civ. P. 41(b) for lack of prosecution. The Clerk shall close this file.

Dated: May 3, 2010

JAMES WARE
United States District Judge

---

[1] Federal Rule of Civil Procedure 41(b) provides that a defendant may move for dismissal of an action for "failure of the plaintiff to prosecute or to comply with these rules or any order of court." However, although Rule 41(b) provides for dismissal on the motion of the defendant, the court may also dismiss an action *sua sponte*. See Link v. Wabash R.R., 370 U.S. 626, 629-30 (1962); see also Alexander v. Pacific Maritime Ass'n, 434 F.2d 281, 283-84 (9th Cir. 1970).

[2] The Docket does not reflect that mail sent to Plaintiff's provided address has been returned to the Court.

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Leo Rufino Montenegro Leo.R.Montenegro@ssa.gov

Jose Martin
4136 Lander Avenue
Turlock, CA 95380

**Dated: May 3, 2010**                                           **Richard W. Wieking, Clerk**

                                          **By:    /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California